IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIANA JUAN,

      Plaintiff,

 v.

UNIVERSITY OF CALIFORNIA SAN FRANCISCO, et al.,

      Defendants.

Case No. 16-cv-04934-CW

ORDER TO SHOW CAUSE REGARDING SERVICE AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE

The United States of America ex rel Diana Juan filed the Complaint in this action under the False Claims Act on August 26, 2016. Plaintiff-Relator filed a First Amended Complaint on September 20, 2016. Both were initially filed under seal. On June 26, 3017, the United States having declined to intervene in this action, the Court unsealed the Complaint and First Amended Complaint and ordered Plaintiff-Relator to serve Defendants.

On August 17, 2017, Plaintiff-Relator filed a notice of voluntary dismissal without prejudice of Defendant Regents of the University of California.[1] On August 18, 2017, at Plaintiff-Relator's request, the Court issued a summons to Defendants Jane Czech, Jennifer Dearman, John Engstrom, Stephen Hauser, Sam Hawgood, Scott Andy Josephson, Eileen Kahaner, and David Morgan. On October 3, 2017, these individual defendants filed a motion to dismiss, which they noticed for hearing on November 7, 2017.

---

[1] The notice was served electronically on counsel for the United States. The United States has not objected to the dismissal without prejudice of the Regents of the University of California.

Plaintiff-Relator named University of California San Francisco (UCSF) as a Defendant, but has not sought issuance of a summons to UCSF. See Fed. R. Civ. P. 4(b). Plaintiff-Relator has not dismissed UCSF voluntarily and UCSF has not appeared in this action. More than ninety days have passed since the Court's order unsealing the Complaint and the First Amended Complaint.

Accordingly, the Court HEREBY ORDERS Plaintiff-Relator, no later than October 11, 2017, to show cause why the claims against UCSF should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m). Any party or the United States may file a response to Plaintiff-Relator's filing no later than October 17, 2017. By the same date, the United States also may file any objection to the dismissal without prejudice of the Regents of the University of California.

Additionally, the Court will hear all motions to dismiss this action on a single date, following a coordinated briefing schedule. If UCSF is served, or waives service, and intends to file a motion to dismiss, Plaintiff-Relator shall meet and confer with all parties and shall promptly propose a coordinated schedule for the briefing and hearing of all motions to dismiss and the case management conference.

The Court HEREBY CONTINUES the case management conference to November 7, 2017, at 2:30 p.m. The joint case management statement is now due October 31, 2017.

IT IS SO ORDERED.

Dated: October 5, 2017

CLAUDIA WILKEN
United States District Judge

2