RANDY LUSKEY (SBN 240915)
rluskey@orrick.com
WARRINGTON PARKER (SBN 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415 773 5700
Facsimile: 415 773 5759

CHARLES J. HA *(Pro Hac Vice)*
charlesha@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, WA 98104-7097
Telephone: +1 206 839 4300
Facsimile: +1 206 839 4301

*Attorneys for Defendants*
*Stephen Hauser, John Engstrom, Sam Hawgood,*
*Eileen Kahaner, David Morgan, Jane Czech,*
*Scott Andy Josephson, and Jennifer Dearman*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DIANA JUAN,<br><br>Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; UNIVERSITY OF CALIFORNIA SAN FRANCISCO; STEPHEN HAUSER; JOHN ENGSTROM; SAM HAWGOOD; EILEEN KAHANER; DAVID MORGAN; JANE CZECH; SCOTT ANDY JOSEPHSON; and JENNIFER DEARMAN, and DOES 9 through 10, inclusive<br><br>Defendants. | Case No. 4:16-cv-04934-CW<br><br>**[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE SETTLEMENT CONFERENCE**<br><br>**Complaint:** August 26, 2016<br>**Amended Complaint:** September 20, 2016<br>**Complaint Unsealed:** June 26, 2017<br>**Judge:** Hon. Claudia Wilken |

# ~~[PROPOSED]~~ ORDER

The Court has considered the Individual Defendants' Motion to Continue the Settlement Conference, filed on January 30, 2018. Having read and considered the points therein, and finding good cause, IT IS HEREBY ORDERED that the Settlement Conference currently set for February 14, 2018 is hereby vacated. ~~and will be continued to _____.~~

**IT IS SO ORDERED.**

Dated: 2/6/2018

_____
Magistrate Judge Robert M. Illman