# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 30, 2020

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  United States, ex rel. Diana Juan
           v. Stephen Hauser, et al.
           No. 20-566
           (Your No. 18-17462)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 23, 2020 and placed on the docket October 30, 2020 as No. 20-566.

Sincerely,

**Scott S. Harris**, Clerk

by

Lisa Nesbitt
Case Analyst